No. 483. REITMAN ET AL. v. MULKEY ET AL. Sup. Ct. Cal. Certiorari granted. *William French Smith* for petitioners. *Herman F. Selvin, A. L. Wirin, Fred Okrand, Joseph A. Ball* and *Nathaniel S. Colley* for respondents.

No. 575. JACKSON v. LYKES BROS. STEAMSHIP CO., INC. Sup. Ct. La. Certiorari granted. *Charles R. Maloney* for petitioner. *Benjamin W. Yancey* and *William E. Wright* for respondent.

No. 637. NORTHEASTERN PENNSYLVANIA NATIONAL BANK & TRUST CO., EXECUTOR v. UNITED STATES. C. A. 3d Cir. Certiorari granted. *Milton I. Baldinger* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Pugh, Jack S. Levin, Robert N. Anderson* and *Morton K. Rothschild* for the United States.

No. 712. THORPE v. HOUSING AUTHORITY OF THE CITY OF DURHAM. Sup. Ct. N. C. Certiorari granted. *Jack Greenberg, James M. Nabrit III, Charles Stephen Ralston* and *Michael Meltsner* for petitioner. *Daniel K. Edwards* for respondent.

No. 615. BERGER v. NEW YORK. Ct. App. N. Y. Petition for writ of certiorari granted, limited to Questions 1 and 2 presented by the petition which read as follows:

"1. Assuming the basic Federal Fourth and Fifth Amendment constitutionality of New York State's permissive eavesdrop legislation which allows electronic room eavesdropping or 'bugging' by *ex parte* Court order (N. Y. Code Crim. Proc. § 813–a), were the *ex parte*